**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 173.66.42.25**

**ISP:** Verizon Online, LLC
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/04/2017 21:51:21 | 7F30DB538482FB13F44A1F5B9E72FD75BB8030EB | Emerald Love |
| 08/04/2017 21:41:02 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 08/03/2017 02:44:09 | ED5182AF8AFCB1BBFDB4EC2C02CF9B6CA5549AD9 | Caprice Swaps Cocks |
| 08/03/2017 02:18:54 | 407C62C43DE3A1F4C48979E4C145AD5199CC7F05 | Forbidden Fruit |
| 07/30/2017 20:23:05 | C1992B39AE82163756C2598B4488FBF68D2AA870 | Summer Sex with Sybil |
| 07/29/2017 00:32:16 | 27A442046E8EE81E3C4FC33A4E0687EB1D7041AF | Summer Lovers |
| 07/28/2017 22:46:11 | 063B7CC16F0CF6BF701E6F91B75FA7F57EECA037 | Definitely Not So Shy |
| 06/03/2017 19:17:42 | 0FEB782D43D19333144FAAF9E2F5F6BC9712CBD4 | Sex Games |
| 06/03/2017 19:12:26 | 64FEDA6D84983A3470C7FB2F17B7206DD91A0E80 | Introducing Kimmy |
| 06/03/2017 19:10:00 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 06/03/2017 18:45:02 | 9DDF69A7085E60CFE619236137D8759D95286485 | Pussy Party |
| 06/03/2017 18:09:41 | 56867CCD6147CB5079F39902C0B6F0E78A034688 | The Ranch Hand |
| 05/30/2017 16:42:41 | BEC5A3845EC88D752CDA0C0DFA8691C3883C7EFB | Triple Treat |
| 05/30/2017 16:41:14 | BD854E344F04DFE65B2D8A69F27CA4E023BFA1E4 | Superhot Sexting |
| 05/30/2017 15:16:06 | DAF7FFE7DFC7E7DF9522B8CC49D7B887123F4B62 | Sultry Summer Heat |
| 05/30/2017 15:15:04 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 05/30/2017 13:24:14 | 016699010C6AA5E9A1AE6F0C670B2484104C2B26 | Girl Crush |
| 05/30/2017 13:17:53 | CDCFAF4C5C41DFFA02C2DFC995F021407032CFE1 | Luscious Lena |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

EVA361