**Copyrights-In-Suit for IP Address 173.66.42.25**

**ISP:** Verizon Online, LLC
**Location:** Arlington, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 08/04/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 08/04/2017 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 08/03/2017 |
| Forbidden Fruit | PA0002036143 | 10/15/2016 | 12/04/2016 | 08/03/2017 |
| Summer Sex with Sybil | PA0002050596 | 06/20/2017 | 08/29/2017 | 07/30/2017 |
| Summer Lovers | PENDING | 07/07/2017 | 08/30/2017 | 07/29/2017 |
| Definitely Not So Shy | PENDING | 07/15/2017 | 08/30/2017 | 07/28/2017 |
| Sex Games | PA0002042046 | 01/14/2017 | 03/25/2017 | 06/03/2017 |
| Introducing Kimmy | PA0002036142 | 10/26/2016 | 12/04/2016 | 06/03/2017 |
| Kiss From A Rose | PA0002036766 | 09/23/2016 | 12/05/2016 | 06/03/2017 |
| Pussy Party | PA0002033411 | 07/23/2016 | 10/20/2016 | 06/03/2017 |
| The Ranch Hand | PA0002031863 | 07/02/2016 | 08/29/2016 | 06/03/2017 |
| Triple Treat | PA0002036152 | 10/28/2016 | 12/04/2016 | 05/30/2017 |
| Superhot Sexting | PA0002025239 | 08/31/2016 | 11/13/2016 | 05/30/2017 |
| Sultry Summer Heat | PA0002031870 | 06/25/2016 | 08/29/2016 | 05/30/2017 |
| Wet Perfection | PA0002036156 | 10/07/2016 | 12/04/2016 | 05/30/2017 |
| Girl Crush | PA0002033406 | 08/22/2016 | 10/20/2016 | 05/30/2017 |
| Luscious Lena | PA0002035904 | 09/27/2016 | 12/05/2016 | 05/30/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  18**

EXHIBIT B

EVA361