UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.66.42.25,<br><br>    Defendant. | CASE NO. 1:17cv1343  (LO/IDD) |

**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1(A)(1)(a) and (b), Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock. Plaintiff is an LLC, and its sole owners is Colette Pelissier.

              Respectfully submitted,

              By: _____
              John C. Decker, II, Esquire (30135)
              Law Offices of John C. Decker, II
              5207 Dalby Lane
              Burke, Virginia 22015
              (703) 503-0254 (ph.)
              (703) 503-2295 (fax)
              E-mail: the.decks@verizon.net