AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:17cv1343 | DATE FILED 11/21/2017 | U. S. District Court for the Eastern District of VA<br>401 Courthouse Square<br>Alexandria, VA 22314 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibue Media, LLC | John Doe<br>subscriber assigned IP address 173.66.42.25 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| X Order ☐ Judgment | ☐ Yes X No | 10/2/2018 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Fernando Galindo | /s/ Richard Banke | 10/2/2018 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.66.42.25

**ISP:** Verizon Online, LLC
**Physical Location:** Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/04/2017 21:51:21 | 7F30DB538482FB13F44A1F5B9E72FD75BB8030EB | Emerald Love |
| 08/04/2017 21:41:02 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 08/03/2017 02:44:09 | ED5182AF8AFCB1BBFDB4EC2C02CF9B6CA5549AD9 | Caprice Swaps Cocks |
| 08/03/2017 02:18:54 | 407C62C43DE3A1F4C48979E4C145AD5199CC7F05 | Forbidden Fruit |
| 07/30/2017 20:23:05 | C1992B39AE82163756C2598B4488FBF68D2AA870 | Summer Sex with Sybil |
| 07/29/2017 00:32:16 | 27A442046E8EE81E3C4FC33A4E0687EB1D7041AF | Summer Lovers |
| 07/28/2017 22:46:11 | 063B7CC16F0CF6BF701E6F91B75FA7F57EECA037 | Definitely Not So Shy |
| 06/03/2017 19:17:42 | 0FEB782D43D19333144FAAF9E2F5F6BC9712CBD4 | Sex Games |
| 06/03/2017 19:12:26 | 64FEDA6D84983A3470C7FB2F17B7206DD91A0E80 | Introducing Kimmy |
| 06/03/2017 19:10:00 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 06/03/2017 18:45:02 | 9DDF69A7085E60CFE619236137D8759D95286485 | Pussy Party |
| 06/03/2017 18:09:41 | 56867CCD6147CB5079F39902C0B6F0E78A034688 | The Ranch Hand |
| 05/30/2017 16:42:41 | BEC5A3845EC88D752CDA0C0DFA8691C3883C7EFB | Triple Treat |
| 05/30/2017 16:41:14 | BD854E344F04DFE65B2D8A69F27CA4E023BFA1E4 | Superhot Sexting |
| 05/30/2017 15:16:06 | DAF7FFE7DFC7E7DF9522B8CC49D7B887123F4B62 | Sultry Summer Heat |
| 05/30/2017 15:15:04 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 05/30/2017 13:24:14 | 016699010C6AA5E9A1AE6F0C670B2484104C2B26 | Girl Crush |
| 05/30/2017 13:17:53 | CDCFAF4C5C41DFFA02C2DFC995F021407032CFE1 | Luscious Lena |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

## Copyrights-In-Suit for IP Address 173.66.42.25

**ISP:** Verizon Online, LLC
**Location:** Arlington, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 08/04/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 08/04/2017 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 08/03/2017 |
| Forbidden Fruit | PA0002036143 | 10/15/2016 | 12/04/2016 | 08/03/2017 |
| Summer Sex with Sybil | PA0002050596 | 06/20/2017 | 08/29/2017 | 07/30/2017 |
| Summer Lovers | PENDING | 07/07/2017 | 08/30/2017 | 07/29/2017 |
| Definitely Not So Shy | PENDING | 07/15/2017 | 08/30/2017 | 07/28/2017 |
| Sex Games | PA0002042046 | 01/14/2017 | 03/25/2017 | 06/03/2017 |
| Introducing Kimmy | PA0002036142 | 10/26/2016 | 12/04/2016 | 06/03/2017 |
| Kiss From A Rose | PA0002036766 | 09/23/2016 | 12/05/2016 | 06/03/2017 |
| Pussy Party | PA0002033411 | 07/23/2016 | 10/20/2016 | 06/03/2017 |
| The Ranch Hand | PA0002031863 | 07/02/2016 | 08/29/2016 | 06/03/2017 |
| Triple Treat | PA0002036152 | 10/28/2016 | 12/04/2016 | 05/30/2017 |
| Superhot Sexting | PA0002025239 | 08/31/2016 | 11/13/2016 | 05/30/2017 |
| Sultry Summer Heat | PA0002031870 | 06/25/2016 | 08/29/2016 | 05/30/2017 |
| Wet Perfection | PA0002036156 | 10/07/2016 | 12/04/2016 | 05/30/2017 |
| Girl Crush | PA0002033406 | 08/22/2016 | 10/20/2016 | 05/30/2017 |
| Luscious Lena | PA0002035904 | 09/27/2016 | 12/05/2016 | 05/30/2017 |

**Total Malibu Media, LLC Copyrights Infringed: 18**

EXHIBIT B

EVA361